MATTHEW D. KLEIFIELD, State Bar No. 011564
matthew.kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, State Bar No. 022335
robert.ashley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendants Life Time Fitness, Inc. and LTF CMBS I, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| A.M., by and through his next best friend and mother, DINORA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>　　　　　Defendants. | No. _____<br><br>**NOTICE OF REMOVAL**<br><br>(Maricopa County Superior Court Cause No. No. CV2014-056036) |

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and LRCiv 3.6 and 77.1, Defendant Life Time Fitness, Inc., ("Life Time"), by and through undersigned counsel, hereby gives notice of the removal of this action from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division.

　　　1.　　On December 10, 2014, Plaintiff filed a Complaint and Certificate of Compulsory Arbitration in the matter of *A.M. v. Life Time Fitness, Inc.,* Cause No. CV2014-056036, in the Superior Court of the State of Arizona, in and for the County of Maricopa. The foregoing pleadings and the Summons are attached hereto as Exhibit 1.

4849-3771-1905.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

2. On or about December 11, 2014, Plaintiffs served Life Time with process in this matter, comprised of the Summons, Complaint, and Certificate of Compulsory Arbitration,. *See* Service of Process Summary Transmittal Form, attached hereto as Exhibit 2.

3. Plaintiff is a citizen of the State of Arizona. *See* Complaint, Exhibit 1.

4. Defendant Life Time is, and was at the time the Complaint was filed, a citizen of the State of Minnesota by virtue of the fact that it is a corporation organized under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. *See* Complaint, Exhibit 1.

5. Under the rules governing civil actions in the Superior Court of the State of Arizona, a pleading may not set forth a dollar amount or figure for damages where the claim is not for a sum certain, or for a sum which can by computation be made certain. Rule 8(g), Arizona Rules of Civil Procedure. Plaintiff herein alleges special damages including past and future medical expenses, as well as general damages for past and future physical and mental pain and suffering. Plaintiff seeks punitive damages in an amount not less than $50,000. *See* Complaint, Exhibit 1. Plaintiff has also issued a monetary demand to Life Time for $95,000 for general and special damages. The matter in controversy in this action therefore exceeds the sum or value of $75,000.00 exclusive of interest and costs.

6. Plaintiffs' Complaint also names as fictitious defendants JOHN DOES I-X and JANE DOES I-X; ABC CORPORATION I-X and XYZ PARTNERSHIPS I-X. The citizenship of such fictitious defendants is ignored for purposes of removal. 28 U.S.C. § 1441(b)(1).

7. Disregarding the citizenship of all fictitious parties, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

8. This action is therefore one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a), in that original jurisdiction would exist had this case been brought in this Court.

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of the receipt by Life Time of the initial pleadings served by Plaintiffs.

10. A copy of this Notice of Removal is being filed with the Clerk of the Maricopa County Superior Court, and a copy of Life Time's Notification of Notice of Removal that will be filed in Maricopa County Superior Court is attached hereto as Exhibit 3.

11. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Life Time in the Superior Court of the State of Arizona have been contemporaneously filed with this Court and are attached hereto as Exhibit 1.

12. Life Time has removed this action to the Phoenix Division of the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441(a) and LR Civ. 77.1(a) because the action being removed is pending in the Superior Court of the State of Arizona, in and for the County of Maricopa.

WHEREFORE, Life Time Fitness, Inc. respectfully requests that the above referenced action now pending against it in the Superior Court for the State of Arizona for the County of Maricopa be removed to the United States District Court for the District of Arizona

DATED this 9th day of January, 2015.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/Robert C. Ashley
  Matthew D. Kleifield
  Robert C. Ashley
  Attorneys for Defendants Life Time
  Fitness. Inc. and LTF CMBS I. LLC

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

ORIGINAL of the foregoing e-filed with the Clerk of the Court this 9th of January, 2015.

COPY of the foregoing mailed this 9th day of January, 2015 to:

The Honorable John Rea
Maricopa County Superior Court
East Court Building, #414
101 W. Jefferson
Phoenix, AZ  85003

Jeffrey L. Victor
Jeffrey L. Victor, P.C.
5425 E. Bell Road, Suite 121
Scottsdale, AZ  85254
*Attorneys for Plaintiff*

/s/Michelle T. Gallegos